IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NO. 7:14-CR-43-D-1
(FOURTH CIRCUIT APPEAL NO. 21-4523)

UNITED STATES OF AMERICA

vs.

SHAWN SCOTT FONVILLE,
Defendant/Appellant.

**ORDER ALLOWING MOTION
TO UNSEAL DOCUMENTS
FOR PURPOSES OF APPEAL**

FOR GOOD CAUSE SHOWN, the Clerk shall provide a copy of the "Statement of Reasons" to appellate counsel, W. H. Paramore, III for the purpose of being included in the sealed volume of the Joint Appendix.

It is hereby ORDERED and DIRECTED.

Entered at Chambers, this the **20** day of **June**, 2021.

The Honorable James C. Dever, III
United States District Court Judge